**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 13, 2015

Hon. Luis V. Saenz
District Attorney
964 E. Harrison
Brownsville, TX 78520-7123
* DELIVERED VIA E-MAIL *

Hon. Rene B. Gonzalez
Assistant District Attorney
964 E. Harrison Street, 4th Floor
Brownsville, TX 78520
* DELIVERED VIA E-MAIL *

Hon. Juan Angel Guerra
Attorney at Law
1021 Fair Park Blvd.
Harlingen, TX 78550
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-13-00524-CV
Tr.Ct.No. 2013-DCL-3726-I
Style:   $2,848.69 U.S. CURRENCY, 77 GAMBLING DEVICES, ASSORTED
         GAMBLING EQUIPMENT, PARAPHERNALIA AND PROCEEDS v. The State
         of Texas

Appellant's motion for extension of time to file reporter's record in the above cause was this day DENIED by this Court.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch